## 59282. UNITED STATES OF AMERICA et al. v. WATERFORD NO. 2 OFFICE CENTER et al.

QUILLIAN, Presiding Judge.

On certiorari the Supreme Court affirmed our judgment in *United States of America v. Waterford No. 2 Office Center,* 154 Ga. App. 9 (267 SE2d 264), but vacated our opinion. Therefore, in conformity with the decision of the Supreme Court, *United States of America v. Waterford No. 2 Office Center,* 246 Ga. 475 (1980), our opinion is vacated and that of the Supreme Court substituted therefor and judgment entered affirming that of the trial court.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED JANUARY 9, 1980 — DECIDED NOVEMBER 6, 1980.

*William L. Harper, Douglas P. Roberto,* for appellants.
*Wesley Williams,* for appellees.